**Subject:** RE: Meeting in the Dean of Students' Office
**From:** Gordon, Nick (NGordon@saffairs.msstate.edu)
**To:** ███████████████████████████
**Date received:** Jan 24, 2020, 8:00:59 AM

████████

   Just come to my office on the first floor of the YMCA after your 9-9:50 class is complete.
Thank you.

**Nick Gordon**
**Assistant Director, Office of Student Conduct**
**Dean of Students' Office**
**1ˢᵗ Floor, YMCA Building**
**662-325-3611**



Suicide Prevention Lifeline: 1-800-273-8255
Student Counseling Center: 662-325-2091
MSU Safe Line: 662-325-3333

**Subject:** Re: Meeting in the Dean of Students' Office
**From:** ███████████████████████████
**To:** Gordon, Nick (NGordon@saffairs.msstate.edu)
**Date received:** Jan 23, 2020, 3:54:08 PM

I have from 9-9:50 and from 11-12:50 on Monday. Let me know which time works best.

Thanks

███████████████

Mechanical Engineering Student
c: Mississippi State University
e: ███████████████
p: ████████████

**Subject:** Meeting in the Dean of Students' Office
**From:** Gordon, Nick (NGordon@saffairs.msstate.edu)
**To:** ███████████████████████████
**Date received:** Jan 23, 2020, 2:13:40 PM

████████

   We have received a report of an incident that you may have been involved in from late
November of 2020.  Please respond to this email with times you are available on Monday,

January 27, 2020 to meet with me and a colleague.  I look forward to hearing from you soon.

**Nick Gordon**
**Assistant Director, Office of Student Conduct**
**Dean of Students' Office**
**1st Floor, YMCA Building**
**662-325-3611**



Suicide Prevention Lifeline: 1-800-273-8255
Student Counseling Center: 662-325-2091
MSU Safe Line: 662-325-3333