IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN DOE, PLAINTIFF

v. CIVIL ACTION NO. 1:20-CV-199-SA-DAS

MISSISSIPPI STATE UNIVERSITY, ET AL DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on September 30, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 1st day of October, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE