IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN DOE                                                                                        PLAINTIFF

V.                                              CIVIL ACTION NO. 1:20CV199-NBB-DAS

MISSISSIPPI STATE UNIVERSITY,
DR. THOMAS BOURGEOIS,
AND JANE ROE                                                                                  DEFENDANTS

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The court has been informed by counsel that this case has been settled or is in the process of being settled. It is therefore not necessary that the case remain upon the calendar of the court.

**IT IS THEREFORE ORDERED** that the above styled and numbered case is **DISMISSED without prejudice**. The court retains jurisdiction for thirty days to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**THIS**, the 8th day of January, 2021.

/s/ Neal Biggers
 NEAL B. BIGGERS, JR.
 UNITED STATES DISTRICT JUDGE